ANDREW SOPKO, ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF EDWARD K. SOPKO, DECEASED, PLAINTIFF-RESPONDENT, v. RALPH NORRIS, FRANK NORRIS AND RICHARD WARD, DEFENDANTS-APPELLANTS; DORY BROWER, PLAINTIFF-RESPONDENT.

Decided June 3, 1926.

On appeal from the Hudson County Common Pleas Court.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the appellants, *Lazarus, Brenner & Vickers.*

For the respondents, *Alexander R. DeSevo* (*Alexander Simpson,* of counsel).

PER CURIAM.

The record in each case brought here on appeal shows that the court made an order that the verdict rendered by the jury be molded to meet the intentions of the jury. There were two verdicts recorded and from each order an appeal has been taken. No judgment, so far as the record discloses, has been entered on either of the verdicts. Until judgment is entered no appeal lies. The result is that each appeal must be dismissed.